## Page 115

We are back on the record with Mr. Archie Davis.

　　　Mr. Davis, have you read and understood the Privacy Act Statement for EEO Complaints and Grievances?

　　　THE WITNESS: Yes, I have.

　　　THE INVESTIGATOR: Thank you, sir.

　　　At this time, would you, please, raise your right hand and repeat after me.

　　　ARCHIE DAVIS,
having been first duly sworn, testified as follows:

　　　EXAMINATION

BY THE INVESTIGATOR:

Q　Thank you, sir. If you could repeat your first and last name and spell it slowly for the court reporter.

A　Archie, A-r-c-h-i-e. Last name Davis, D-a-v-i-s.

Q　Mr. Davis, what is your race?

A　Black.

Q　And were you visually aware of Complainant's race?

A　Visually, I didn't want to make any assumptions. I don't really look at race.

Q　Okay. And what is your sex?

A　Male.

Q　Are you visually aware that Complainant is a female?

A　I can tell that.

## Page 116

Q　Okay. And were you aware of Complainant's medical condition?

A　I'm aware that she experienced migraines.

Q　And when did you become aware of this, sir?

A　I can't recall.

Q　Complainant is stating that she felt as though she was retaliated against with regard to filing an EEO complaint on August 19th.

　　　Were you aware of that EEO complaint?

A　I was made aware of an EEO complaint. I can't recall exactly -- I think it was that Friday morning, which was, I believe, the 5th of August.

Q　Okay.

A　I was in my office with my deputy, talking about some matters, and Mr. Fulgate (phonetic) and our G-1 came to inform me.

Q　Okay. And Mr. Davis, what is your position? I need title, series and grade.

A　I am the Director of Resource Management, NHO-4, which is a GS-15 equivalent.

Q　And how long have you held this position?

A　Ever since the 13th of August of 2012.

Q　2012. Okay.

A　So just over four years.

Q　And who is your first-line supervisor?

## Page 117

A　Chief of Staff, COL Ronald McNamara.

Q　And for which activity do you work for?

A　United States Army Operational Test Command.

Q　And what is your working relationship to the Complainant?

A　She's one of my employees.

Q　Do you know -- I'm sorry -- what line of supervision are you? Her second, third, or fourth?

A　Second.

Q　Okay, sir.

A　And can I also make a point that I'm the senior rater for all personnel that works within the G.

Q　The senior rater. Okay.

　　　Complainant alleges that she was discriminated against and harassed (nonsexual) based on her race, black; sex, female; disability, mental and physical; and reprised against when she was not reasonably accommodated by her supervisor, yourself, Mr. Archie Davis, when:

　　　Allegation A, on or about July 25th, the Complainant alleges she was not permitted to continue her alternative work schedule while on telework; however, another employee, white female, was allowed to do so.

　　　What role, sir, if any, did you play regarding the Complainant's alternative work schedule?

A　Even though I've been accused of this allegation,

## Page 118

I am not the decision-maker for reasonable accommodation. As the director, I provide guidance to my supervisors in the processing of a reasonable accommodation request.

Q　Okay. So when -- Ms. Lynn Howard, her first-line supervisor, did she have to bring the request to you?

A　Yes. Throughout the time after Camille submitted her request and throughout the time that Tracy took the time to process the request, interacting with various agencies, to include the EEO office here, CPOC, as well as the subject-matter experts within the Command, she kept me abreast of how she was doing in processing that request. And at the same time, she made me aware that she was also sitting down with Camille to keep her abreast, as well, of what was going on and the status of it.

　　　I think at some point throughout the process, understanding that there is a certain time limit that you have to process a request once it is submitted to you, I know that Tracylynn experienced some delays after we had submitted the documentation to the EEO office for them to review. EEO had some delay in returning it back to us. Again, I believe she kept Camille informed of that as well.

Q　Okay. The final approval or the final discussion was a two-day telework without the AWS, correct?

　　　THE INVESTIGATOR: Or was that with the AWS,

Page 119

```
 1  Ms. Francis-Howard.
 2           THE COMPLAINANT:  I'm sorry.
 3           THE INVESTIGATOR:  When Ms. Howard gave the
 4  testimony that you-all had agreed on, or there was drafted
 5  documentation of a two-day telework, that was with the AWS
 6  or without the AWS?
 7           THE COMPLAINANT:  The e-mail that I received
 8  from Ms. Howard stating that she was sending up the
 9  reasonable accommodation for approval, the e-mail stated
10  she was sending it up with my alternate work schedule.
11           THE INVESTIGATOR:  Do you recall what you
12  signed?  She stated that you signed off on --
13           THE COMPLAINANT:  Yes.  I did sign off on
14  what she presented.  However, I went back and e-mailed and
15  asked follow-up questions as to why and how did they come
16  to that decision and various questions that I submitted in
17  an e-mail.  Because when I submitted her the packet, I
18  also submitted her the information from JAN, the Job
19  Accommodation Network under the Department of Labor for
20  reasonable accommodations for migraines, to take into
21  consideration on what I was asking.
22           THE INVESTIGATOR:  Okay.
23           THE WITNESS:  I will tell you that
24  throughout the entire process, as I clearly stated,
25  Camille was kept informed of the process as well as also
```

Francis-Howard-000419    HOWARD ARMY 0468

Page 120

```
 1  briefed by Tracylynn that as she was processing the
 2  request that there was a possibility that once a decision
 3  was made by the Command in terms of what she was going to
 4  be authorized or if there was going to be an approval,
 5  that there's a possibility that the RDO would be removed
 6  from her -- from her schedule.  And she clearly outlined
 7  what those potential reasons would be for removing the
 8  RDO.
 9      Q   (BY THE INVESTIGATOR)  Okay.
10      A   If you want me to expand on that, I can, in terms
11  of what those potential -- things that were considered,
12  rather, for her job performance in terms of what would
13  potentially be removed -- or why the RDO would be removed.
14      Q   Okay.  You can.  Ms. Lynn Howard did, but, yes,
15  you are more than welcome to.
16      A   Again, as Camille has articulated in her
17  statement, she accepted the role and responsibility of our
18  GCSS-Army subject-matter expert.  And so we had come to
19  rely upon her to be that subject-matter expert.  Again,
20  the rationale was that, you know, I can't, as a director,
21  take her duties and responsibilities and give them to
22  someone else.
23      Q   Okay.
24      A   So again, that's a factor in some of the
25  decision-making that we make, in terms of she has a set of
```

Francis-Howard-000420    HOWARD ARMY 0469

Page 121

```
 1  duties and responsibilities that are her primary duties
 2  and responsibilities.  And even though we have done
 3  everything that we could to accommodate her medical
 4  concerns, we still had to, also, take into consideration
 5  the mission.
 6           So again, the rationale was that if we grant any
 7  specific time for telework, that we would establish that
 8  telework in the middle of the week.  That gives somewhat
 9  of a break in time for potential episodes of her potential
10  migraines.  So again, she comes to work on Monday.  She
11  teleworks, I believe, Tuesday and Wednesday.  She's at
12  work Thursday and Friday.  And she's off Saturday and
13  Sunday.
14           And at the same time, because she is -- has to be
15  accessible to customers -- and this is a very robust and
16  diverse Command who is all over the country, executing
17  missions on behalf of the Department of the Army -- it's
18  imperative that she, in her role, be available to assist
19  customers when needed.  And not at a certain set time
20  period.  But, again, if I took her primary duties and
21  responsibilities away from her and allow her to telework
22  four days a week, then, again, I would be now required, as
23  a director, to give a portion of her duties and
24  responsibilities to someone else to do.
25           Does that make sense?
```

Francis-Howard-000421    HOWARD ARMY 0470

Page 122

```
 1      Q   I understand.  So even though you weren't the
 2  final approving authority, did you have any input, or was
 3  it strictly Ms. Howard?
 4      A   It was primarily Ms. Howard, her supervisor.
 5  Again, as a director, I have a huge responsibility
 6  managing millions of dollars; that I'm constantly in and
 7  out of meetings with these Commands, making critical
 8  decisions in terms of the mission that we support.  So I
 9  don't get down, in most cases, in the weeds of preparation
10  for a request like these things.  So that's why there's a
11  supervisor who is there to -- who, even though they are
12  busy, is also taking the necessary time to ensure that we
13  are taking care of our personnel.
14      Q   Okay.  Complainant stated that there was a white
15  female under the AWS telework.  Are you aware of that?
16      A   Again, I don't make assumptions.
17      Q   There was a female?
18      A   So she -- for the first time she cleared up who
19  she was considering, I felt that, again, this is a
20  decision by the Command.
21      Q   Okay.
22      A   The Command has over 350 civilians, DA civilians
23  that work for the Command, and so each and every one of
24  those civilians are comprised of many ==disabled veterans,==
25  to include myself, many civilians that are not veterans
```

Francis-Howard-000422    HOWARD ARMY 0471

Page 123

```
 1  but also have some type of medical challenges.  So the
 2  Command makes the decisions regarding reasonable
 3  accommodation independently and not, as Camille would
 4  suggest, there's a blanket standing order that for every
 5  reasonable accommodation, this is the standard that we
 6  give everyone.
 7          So independently, based on the medical condition
 8  and everything that's taken into consideration, and the
 9  Command makes an informed decision once we give them the
10  pertinent information they need to make an informed
11  decision.
12          And the challenge that we have had with Camille
13  is that she has a tendency to be very vague.  She's very
14  private.  You know, when Tracylynn comes to me to update
15  me on some of the challenges that she's having with her --
16  even her former supervisor -- if there was any medical
17  issue that they wanted to update me on, they would inform
18  me that Camille does not want anyone to -- else to be
19  aware of her -- of some of the medical concerns that she
20  has.  So some of the things that she was, potentially,
21  experiencing, the supervisors did not bring to my
22  attention because of her request.
23     Q    Okay.  Allegation B, on or about July 2016, she
24  alleged she received notification that she was not
25  selected far a GS-12 Budget Analyst position that she
```

Page 124

```
 1  applied for on May 20th.  And she believes she was not
 2  selected based on her request for reasonable
 3  accommodation.
 4     A    I will tell you that she was not selected because
 5  she was not the best qualified, and it had nothing to do
 6  with her reasonable accommodation request.
 7     Q    Well, my question --
 8     A    I'm sorry.
 9     Q    That's okay.  My question is:  What role, if any,
10  did you play, if any, regarding the non-selection?
11     A    ==I'm the decision-maker for all selections for the==
12  ==G-8==.
13     Q    And I reviewed the case file.  I did not see a
14  panel being used, so were you --
15     A    That's great.  I appreciate it.  That's a good
16  question.  I can talk to you about all the great things I
17  have done for the G-8 since I have hit the ground there.
18  I have taken a flat organization and created a more robust
19  organization that has the ability to -- has the capacity
20  and capability to do all the full-spectrum financial
21  management support that we provide to the Command.  I
22  have, in essence, performed some great deeds within the
23  directorate.
24          When I came on board, I took some necessary time
25  to do my own personal assessment of how we were initially
```

Page 125

```
 1  structured.  My assessment concluded that we had taken a
 2  lot of risks associated with financial management.  I made
 3  that aware to the Command of my concerns.  And then I
 4  initially -- I took the necessary time to restructure the
 5  organization through some more -- some of the most
 6  difficult times, FY-13 physical uncertainties,
 7  restrictions.
 8          We were short personnel and we had other
 9  personnel attached -- assigned to our forward
10  directorates, and these are financial managers.  And so it
11  was -- to me, it was -- there were some major concerns.
12  As a matter of fact, I didn't sleep well at night, because
13  no one ever informed me of what I was going to inherit
14  when I retired off active duty and took over this
15  position.
16          So it was imperative to me to take the necessary
17  time to develop a plan going forward, and this included
18  restructuring the organization to be more responsive to
19  the Commands, taking control of financial managers that
20  was reassigned to forward directorates.  And then gain an
21  approval to hire some critical shortages --
22     Q    Okay.
23     A    -- that was needed to ensure that we had the
24  physical accountability under control.
25          So I've been going through this for the past four
```

Page 126

```
 1  years.  And at the same time, as a leader, I took the
 2  necessary time to sit down and personally rewrite every
 3  job description within the G-8.  Based on my assessment of
 4  looking at PDs, they were antiquated and outdated and
 5  needed to be updated.  My personnel, in my opinion, were
 6  taking on a huge responsibility and were not adequately
 7  being compensated for the amount of work that they were
 8  expected to do under the shortages that we were
 9  experiencing.  So I navigated through some difficult
10  times, and I had to do even something called a Lean Six
11  Sigma, a project to gain approval to hire critical
12  shortfalls, to gain control of those positions that had
13  been given out to the forward directorates.  So it was a
14  tough time.
15     Q    Okay.
16     A    But I navigated through it.  I rewrote every PD.
17  And Camille was one of five people that I accreted from a
18  GS-9 to a GS-11.
19     Q    Okay.
20     A    Five people.  And that was effective July 13th of
21  -- July 2013.  And that was a tremendous assessment, in my
22  opinion, because we were starting to break through some of
23  the red tape that we were imposed to at the time.  So
24  throughout this entire time, I have -- I have -- I created
25  just about every one of my positions.  So every person
```

Page 127

```
 1  that works for me has been promoted since I've been there.
 2      Q   Okay.
 3      A   And I believe that is unprecedented.  And I have
 4  created positions and opportunities that did not exist.  I
 5  went from all GS-9 positions and GS-11 positions to now to
 6  GS-11 and GS-12 and -13 positions.
 7          So when I open up an announcement on Fort Hood
 8  and -- oh, by the way, financial management community is a
 9  very small community.  So when we do things, it's like a
10  bullet heard around the country.  Everyone is aware of the
11  great things that we are doing at OTC.  When I would open
12  up a position, they would all apply, from all over the
13  installation.  So we get a lot of great, competitive
14  people looking for opportunities for upper mobility.
15          But one of things that I have done for my folks
16  that was there, I have taken the time to bring them
17  together.  And the first thing I did when I first got some
18  -- an opportunity to sit down with them all -- and this is
19  the type of person that I am, by the way.  I'm a very
20  compassionate, caring leader who would go above and beyond
21  to make sure people are taken care of.  And so one of
22  first things I did with them -- and Camille can probably
23  remember this -- the first thing I did, I said, "I
24  apologize" to them.  And they looked at me the way you are
25  probably looking at me now.  Why would I apologize to
```

Page 128

```
 1  them?  It's because -- I apologized because I didn't get
 2  there soon enough.  But I told them that I was there now,
 3  and I was prepared to move forth and make a difference in
 4  their lives and help them to progress in their careers.
 5      Q   Okay.
 6      A   So -- and that's one of the reasons why I also
 7  became the senior rater for all personnel, to eliminate
 8  any potential forms of discrimination.  So if you are
 9  going to accuse someone of discrimination, then accuse me,
10  because I'm not the type of person that discriminates.
11      Q   That's going to be one of my questions later on.
12      A   I know you are.  So at the same time, I told them
13  about the opportunities that I was embarking upon.  I told
14  them about all the changes that we are making.  We added
15  capacity.  We added functions that did not exist that
16  needed to exist.  And everyone was excited about the
17  direction that we were heading.
18          And believe it or not, I have spoken to Camille
19  on numerous occasions about her performance.  And Camille
20  was there about a month before I got there.  And when I
21  got there, she would freak in my office on a regular basis
22  to tell me about some things that she was experiencing in
23  life.  One of the first things that I granted to her was
24  something called Administrative Leave, so that she can be
25  at home to receive her house when --
```

Page 129

```
 1      Q   Mr. Davis --
 2      A   I need to get back on course.
 3      Q   Yes.  I need to get back on course now.  I know
 4  you were the deciding official --
 5      A   So this is a position that I created, an
 6  opportunity that I created.  And instead of opening this
 7  position up -- and I worked for several months with CPOC
 8  to create an 11 to a 12, convert it from a 0560 Budget
 9  Analyst to a 0501 Financial Management Analyst, a GS-12
10  position, an 11 to a 12.  And once we did that, we opened
11  it up, and I made a decision to open it up internally.
12      Q   Internally only?
13      A   A competitive internal promotion only.
14      Q   Okay.
15      A   So it was opened up competitively, but not to
16  the --
17      Q   To the outside.  Okay.
18      A   -- outside.  So I worked with CPOC to identify
19  the GS-11s that I had assigned that I believed were
20  eligible to compete for the position.  And I got an e-mail
21  to outline exactly what I did.  Camille's name was on that
22  list.  I sent it over to CPOC.  They responded to me
23  shortly thereafter, and told me that one person that I
24  thought was eligible that is based at Fort Sill was not
25  eligible.  But they also identified one other person that
```

Page 130

```
 1  is not a budget analyst, but she was eligible because she
 2  had some budget analyst -- some financial management
 3  responsibility within her PD.
 4      Q   Okay.
 5      A   So, again, this position was opened up
 6  internally.  Right before it opened up, I communicated
 7  with the CPOC representative.  Once we confirmed those who
 8  were eligible, she informed me that she would send them an
 9  e-mail to notify them that this position was going to
10  open.  And this was sometime, I believe, in the May time
11  period.  And then she also gave them a telephonic phone
12  call to confirm that they had received an e-mail and that
13  they were aware that the position was going to be
14  announced and it was only going to be announced
15  internally.
16          Of the five people that was eligible, I believe
17  three -- only three applied for it.
18      Q   Who were the three that applied?
19      A   Camille was one, Ms. Cheryl Seymour was the
20  other, and Ms. Virginia Brooks was the third person.
21      Q   What criteria did you use to make your decision?
22      A   As I do with all announcements, we use the Office
23  of Personnel Management hiring guidelines to do hiring
24  actions.  So we used that -- the criteria that we normally
25  use, looking at personnel experience, their skills, their
```

Page 131

```
 1  knowledge, their training, their duty performance,
 2  analytical skills and demonstrated potential for increased
 3  responsibility.
 4         In this particular case, since it was an internal
 5  promotion, I did not have to do a panel.
 6     Q   Okay.
 7     A   The Office of Personnel Management allows a
 8  selecting official to use different forms to do hiring
 9  actions.  If I did a panel, then I had to do a panel for
10  everyone that I identified as a potential candidate.
11     Q   Okay.
12     A   If I did -- if I didn't do a panel -- as a matter
13  of fact, I couldn't talk to -- I couldn't interview one
14  and not the others.  I had to be consistent.
15         So I kind of understand, working with CPOC, what
16  I can and cannot do.  And I make sure that I adhere to the
17  Office of Personnel Management hiring criteria.  And I
18  can't use someone's disability as a discriminator.
19     Q   True.
20     A   That is forbidden.  And, oh, by the way,
21  disabilities is not a concern with me.  As I explained to
22  you, I'm a disabled veteran myself.  I have a compassion
23  for people with disabilities.  I'm 100 percent disabled
24  veteran.       So does that answer your question?
25     Q   You told me what the criteria was.
```

Page 132

```
 1     A   So in this particular case, this was an internal
 2  promotion.  I looked at the various factors.  And I got an
 3  e-mail that I sent back to -- I want to quote verbatim
 4  what I told the CPOC representative what I did in this
 5  particular case.  This is my e-mail back to them.  I said,
 6  "In this case" --
 7     Q   Could you give me the date of the e-mail and the
 8  subject?
 9     A   The date is Wednesday, June 15th, 2016.
10         And, oh, by the way, that's an important point.
11  I made a selection around the 10th of June.  The candidate
12  I selected was notified somewhere around the 13th of June,
13  and it was all finalized somewhere around the 15th of June
14  of 2016.
15     Q   Okay.  Thank you.
16     A   So the title is subject, tentative job offer,
17  Financial Management Analyst.  And the person I'm
18  communicating with is the CPOC representative for
19  Operational Test Command.  Her name is Judy -- I have to
20  spell the last name --
21     Q   It starts with a P?
22     A   P-o-t-a-c-z-e-k.  And she asked me to give her
23  some feedback on my selection criteria, at that time.  So
24  I said, "Judy, in this case, I took a serious look at each
25  employee's resumé, their background, past experience,
```

Page 133

```
 1  financial management knowledge and analytical skills.  I
 2  placed more weight on their demonstrated potential for
 3  increased responsibilities as well as their duty
 4  performance; their ability to consistently exceed assigned
 5  duties, functions, and responsibilities.  I also conferred
 6  with my deputy in providing her an assessment of candidate
 7  and recommendation on the best qualified person and the
 8  employee who is ready and better prepared to assume
 9  increased responsibilities and duties at the GS-12 level."
10         So again, unfortunately, everyone can't be
11  selected.  And if I could select everyone like I have done
12  over the course of my four years I've been there, I would.
13     Q   Could you give specifics as to why Complainant
14  was not selected?
15     A   Yes.  She was not the best qualified candidate.
16  The person that was selected was a superior candidate to
17  her.  The person's level of duties and responsibilities,
18  for example, the amount of money that the person is
19  currently managing.  This was a position that was hired
20  inside the Budget Execution section.  Camille works in
21  Plans and Programs.  Even though she manages a GCCS-Army
22  system, she does not manage any dollars in terms of
23  execution of dollars.
24         We process -- GCSS has the current Army supply
25  system.  Within OTC, I think we process, on the average
```

Page 134

```
 1  between six to eight hundred thousand dollars of supply
 2  transactions in the system.  This young lady who I
 3  selected is a -- consistently exceeds standards in her
 4  duty performance.  She's always taken on additional
 5  responsibilities without issue.  She manages two separate
 6  budgets, two separate directorate's budgets.  She has
 7  constantly been allotted by leaders throughout the Command
 8  on the -- her level of attention to detail in the work
 9  that she has performed for them.  She had the skills.
10         In terms of training, she has a bachelor's degree
11  in accounting.  Just like Camille said, she is certified
12  as a financial manager.  Even though it's not a
13  requirement, it's highly encouraged.  This certification
14  plays a great deal in all financial management selection
15  criteria.  So all our financial managers, even though
16  certain training is not required, it's highly encouraged
17  to enhance your career progression.
18         And so, in looking at this young lady's skills,
19  her prior duty performance -- I also took a look at their
20  annual evaluations --
21     Q   Okay.  Fair enough.
22     A   -- since I am the senior rater.  Since it's an
23  internal promotion, who else knows how they perform other
24  than the supervisors.  And I, as a director, I'm a people
25  person, so I go out and actually look at, I monitor.  I'm
```

Page 135

1  the senior rater, so I counsel them on an annual basis
2  when they are counseled.  I do their initial counseling,
3  their mid-term counseling.  I'm a part of all those
4  things.  I kind of know exactly what my personnel do, what
5  their level of performance is.
6      Q   Okay.
7      A   So I think that from my years of experience as a
8  professional financial manager, I kind of got to know who
9  stands out.
10     Q   Where did Complainant rank?  You said there were
11 three.  Where did she rank?
12     A   In her case, looking at the other two candidates,
13 she ranked number three of the three.
14     Q   Okay.
15     A   Even though the other person does not do a lot in
16 financial management, the other person's duty performance
17 far outweighs everything else.  And as a Budget Analyst,
18 we can easily train them to do the functions that we need
19 them to do.  And this person has demonstrated that type of
20 potential to take on increased responsibility and is very
21 diverse in her roles and responsibilities.
22         I looked at all of their past two years of annual
23 evaluations.
24     Q   Okay.
25     A   I have them here, if you want to take a look at

Page 136

1  them.  The other two candidates, evaluations for the past
2  two years are -- has nothing but "excellence."
3         Camille's evaluations for the past two years have
4  been "successful."
5      Q   Okay.
6      A   So there's a big difference in the three
7  candidates.  Even though Camille has been successful at
8  her duties, she doesn't do much to excel.
9      Q   Okay.
10     A   So I took my necessary time, and I made a
11 conscious decision.  And, yes, I get paid to make these
12 decisions and I have to make tough decisions.  But I look
13 at all factors and I take everything into consideration
14 that matters.  And in this case, as a professional
15 financial manager, I'm very confident that I made the
16 right decision in the person that I selected.
17     Q   Thank you, sir.
18         Allegation C, on or about August 4, 2016,
19 Complainant alleges that she was harassed, degraded,
20 humiliated and verbally abused in front of her peers by
21 her supervisor, yourself, Mr. Archie Davis, when she was
22 forbid to sit near an open door in a conference room.  She
23 stated that she had been verbally granted to sit near open
24 doors as a reasonable accommodation since 2012.
25         Now, you were here earlier for her testimony.

Page 137

1  How do you respond to that, sir?
2      A   Well, first and foremost, I arrived, as I stated,
3  on August 13th of 2012.  For the rest of that year, we did
4  not have a conference room at that location.  The
5  conference room was small table in a different area.  So I
6  don't know how she was granted to sit by the door in a
7  conference room that did not exist.
8          Number two, I don't know which potential
9  supervisor apparently granted her some type of approval to
10 sit by the door without consulting me, the director.
11     Q   Okay.
12     A   Ultimately, internally, I make final decisions,
13 especially when there's a meeting that is taking place
14 that I am chairing.
15     Q   Okay.
16     A   I would think that I would know if there was some
17 type of approval granted to sit by the door every time you
18 had a meeting.  Camille has elected to sit by the door on
19 occasions, but not every time we had an event or a meeting
20 in the conference room.
21     Q   Okay.
22     A   And she has elected to sit by the door.
23 Sometimes she's the last to come to the meeting.  So I can
24 only sit about 16, at best, people at the conference
25 table.  I have about 23 to 25 people, at one given time.